IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DENIZ, and LESLIE GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> MOMENTUM AUTO GROUP, JOSE GARCIA, and DOES 1 through 25, inclusive, <br><br> Defendants. | 2:13-cv-00370-GEB-JFM <br><br> <u>ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS</u> |

Plaintiffs Laura Deniz and Leslie Garcia seek to proceed in forma pauperis ("IFP") in this action under 28 U.S.C. § 1915. (<u>See</u> ECF Nos. 2, 3.)

Plaintiffs' applications are incomplete. Each Plaintiff avers that she is unemployed but does not provide the date of last employment, "the amount of [her] take-home salary or wages[,] . . . pay period[, or] the name and address of [her] last employer" as required under question No. 2(b) of her affidavit. Therefore, each Plaintiff's IFP application is denied without prejudice.

Dated: March 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge