IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA DENIZ, and LESLIE GARCIA,  )
                                  )   2:13-cv-00370-GEB-JFM
            Plaintiffs,           )
                                  )
       v.                         )   ORDER GRANTING APPLICATIONS
                                  )   TO PROCEED IN FORMA PAUPERIS
MOMENTUM AUTO GROUP, JOSE         )
GARCIA, and DOES 1 through 25,    )
inclusive,                        )
                                  )
            Defendants.           )
_____ )

Each Plaintiff's March 18, 2013 "Application to Proceed without Prepayment of Fees and Affidavit," seeking approval under 28 U.S.C. § 1915 to proceed in this case in forma pauperis is granted.

Dated: March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge