IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DENIZ, and LESLIE GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOMENTUM AUTO GROUP, JOSE GARCIA, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants.<br>_____ | 2:13-cv-00370-GEB-JFM<br><br><br>ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |

Each Plaintiff's March 18, 2013 "Application to Proceed without Prepayment of Fees and Affidavit," seeking approval under 28 U.S.C. § 1915 to proceed in this case in forma pauperis is granted.

Dated: March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1